LAED 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| DERIAN JOHNSON | ) | Case No: | 06-294 |
| | ) | USM No: | 27016-034 |
| Date of Original Judgment: 01/02/2008 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 23   as of 1/2/2008   Amended Total Offense Level: N/A
Criminal History Category: V                        Criminal History Category: N/A
Previous Guideline Range: 120 to life months   Amended Guideline Range: N/A to N/A months

*(Complete Part II of Page 2 when motion is granted)*

**COMMENTS** *(For Public Disclosure)*

Defendant is ineligible for a 782 sentencing reduction, as his sentence cannot be reduced beneath the currently-imposed mandatory minimum sentence of 120 months.

Except as otherwise provided, all provisions of the judgment dated   01/02/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/07/2015

*Judge's signature*

Effective Date: 11/01/2015           Honorable Eldon E. Fallon
*(if different from order date)*      *Printed name and title*