# IN THE UNITRD STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISANA

**DERIAN JOHNSON.,**
[Movant –Appellant]

*** VERSUS ***

UNITED STATES OF AMERICA.,
[Respondent-Appellee]

CASE NUMBER ; 06-294  L(1)



CLERK

## NOTICE OF APPEAL

**NOW INTO COURT,** comes Appellant, **Derian Johnson,** a person of full age of the majority and Citizen of the State of Louisiana and the United States of America, who respectfully render and / or provide Notice to Appeal the Court's ruling of October 7, 2015.

**WHEREFORE,** notice has been given announcing Appellant's intent to Appeal.

Signed this 25th day of October, 2015.

TENDERED FOR FILING

OCT 28 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

S/ Derian Johnson

Derian Johnson,  [Pro se] Reg # 27016 -034

Post Box 26040 Federal Corr. Institution

Beaumont, Texas   77720-6040

Mr. Darrin Johnson, Reg # 27016-034
Post Box 26040 FCI Beaumont
Beaumont, Texas 77720-6040

Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana 70130

NEW ORLEANS LA 700
26 OCT 2015 PM 3 L

